UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　Plaintiff,　　　　　)<br>　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　)　　Court No.  05-10493-DPW<br>　　　　　　　　　　　　　　)<br>STEPHEN J. GALIZIO　　　　)<br>　　　　Defendant.　　　　　) | |

**<u>NOTICE OF DISMISSAL</u>**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiff, United States of America voluntarily dismisses this action without prejudice.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA
　　　　　　　　　　　　　　　　　　　　By its attorneys

　　　　　　　　　　　　　　　　　　　　MICHAEL J. SULLIVAN
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　By:
　　　　　　　　　　　　　　　　　　　　　/s/   Christopher R. Donato
　　　　　　　　　　　　　　　　　　　　CHRISTOPHER R. DONATO
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　1 Courthouse Way, Suite 9200
　　　　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　　　　(617) 748-3303

Dated: September 14, 2005